UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM DEITRICK, JR.,

               Plaintiff,

– against –

THE GYPSY GUITAR CORP.,

               Defendant.

**ORDER**

16 Civ. 616 (ER)

RAMOS, D.J.:

      The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:    April 6, 2020
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.