UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM DEITRICK, JR, <br><br> Plaintiff, <br><br> -against- <br><br> THE GYPSY GUITAR CORP., <br><br> Defendant. | Civil Action No. 1:16-cv-616 (ER) <br><br> **DEFAULT JUDGMENT** |

This action having been commenced on December 1, 2015 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, The Gypsy Guitar Corp., on December 10, 2015, by personal service on its Chief Executive Officer, Evert Wilbrink, and a proof of service having been filed on January 13, 2016, and the Defendant having appeared by counsel in the action, and Defendant's counsel having withdrawn on July 21, 2017, and Defendant having failed to obtain substitute counsel as directed by the Court by August 21, 2017, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $ 430,000 with interest at 9% from October 30, 2013 amounting to $ 685,101.92 plus costs and disbursements of this action in the amount of $ 36,262 amounting in all to $ 721,363.92.

_____
Edgardo Ramos, U.S.D.J
Dated: Jul. 10, 2020
New York, New York